**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**KENNY WALTON** **PETITONER**

**V.** **NO. 4:26-CV-93-DMB-JMV**

**SHERRY WARDEN** **RESPONDENT**

## ORDER

On July 7, 2026, with respect to Kenny Walton's pro se petition for a writ of habeas corpus, the Court entered an order requiring Walton within thirty days to submit a completed application to proceed in forma pauperis or pay the $5.00 filing fee. Doc. #10. The Court warned Walton that his failure to comply with the July 7 order may result in the dismissal of this case without prejudice. *Id*. Despite this warning, Walton failed to comply with the Court's July 7 order by the deadline set and has not complied to date. Consequently, pursuant to Federal Rule of Civil Procedure 41(b), this case is **DISMISSED without prejudice** for Walton's failure to comply with an order of the Court and failure to prosecute.

**SO ORDERED**, this 27th day of October, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**